CBT FLINT PARTNERS, LLC,
Plaintiff–Appellant,

v.

RETURN PATH, INC., Defendant–Appellee,

and

Cisco Ironport Systems, LLC,
Defendants–Appellees.

No. 2012–1460.

United States Court of Appeals,
Federal Circuit.

April 11, 2013.

Daryl L. Joseffer, King & Spalding, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were Adam M. Conrad; Bruce W. Baber, Natasha H. Moffitt and Russell E. Blythe, of Atlanta, GA.

Matthew C. Gaudet, Duane Morris, LLP, of Atlanta, GA, argued for defendants-appellees. With him on the brief were L. Norwood Jameson and John R. Gibson. Of counsel on the brief was Kenneth L. Bressler, Blank Rome, LLP, of New York, NY.

LOURIE, BRYSON, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.